

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00335-CR

Michael John **DINES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR5339
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 23, 2025.

_____
Rebeca C. Martinez, Chief Justice